IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

PACIFIC COAST BREAKER, INC. et al.,

    Plaintiffs,    No. CIV S-10-3134 KJM EFB

  vs.

CONNECTICUT ELECTRIC, INC., et al.,

    Defendants.
                                 /

CONNECTICUT ELECTRIC, INC.,

    Plaintiff,    No. CIV S-12-1533 JAM CKD
  vs.

PACIFIC COAST BREAKER, INC., et al.,    RELATED CASE ORDER

    Defendants.
                                 /

        Examination of the above-captioned actions reveals that they are related within the meaning of Local Rule 123(a).  Here, "both actions involve similar questions of fact and the same question of law and their assignment to the same Judge or Magistrate Judge is likely to effect a substantial savings of judicial effort." Local Rule 123(a)(3).  Accordingly, the assignment of these matters to the same judge is likely to effect a substantial savings of judicial effort and is likely to be convenient for the parties.

1

1    The parties should be aware that relating cases under Rule 123 causes the actions
2 to be assigned to the same judge – it does not consolidate the actions.  Under Rule 123, related
3 cases are generally assigned to the judge and magistrate judge to whom the first filed action was
4 assigned.
5    As a result, it is hereby ORDERED that CIV S-12-1533, is reassigned from Judge
6 John A. Mendez to the undersigned and from Magistrate Judge Carolyn K. Delaney to
7 Magistrate Judge Edmund F. Brennan.  Henceforth, the caption on documents filed in the
8 reassigned case shall be shown as CIV S-12-1533 KJM-EFB.
9    It is further ORDERED that the Clerk of the Court make appropriate adjustment
10 in the assignment of civil cases to compensate for this reassignment.
11    IT IS SO ORDERED.
12 DATED: July 17, 2012.

_____
UNITED STATES DISTRICT JUDGE